The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GATHER CHURCH,

    Plaintiff,

v.

LEWIS COUNTY, SEAN SWOPE in his official capacity as Lewis County Commissioner, LINDSEY POLLOCK in her official capacity as Lewis County Commissioner, SCOTT BRUMMER in his official capacity as Lewis County Commissioner, SHERIFF ROBERT SNAZA in his official capacity as Lewis County Sheriff, and MEJA HANDLEN in her official capacity as Director of the Lewis County Public Health & Social Services,

No. 3:25-CV-05850 DGE

DEFENDANTS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

**JURY DEMAND**

Defendants, LEWIS COUNTY, SEAN SWOPE, LINDSEY POLLOCK, SCOTT BRUMMER, SHERIFF ROBERT SNAZA, AND MEJA HANDLEN, in answer to GATHER CHURCH'S complaint, admit, deny and allege as follows:

**I. INTRODUCTION**

1. Defendants admit that Plaintiff Gather Church ("Plaintiff") is a 501(c)(3) religious organization based in Lewis County, Washington. As it pertains to the remainder of the allegations in this paragraph, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore deny the same.

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 1
3:25-CV-05850 DGE

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

2. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 2 and, therefore, deny the same.

3. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 3 and, therefore, deny the same.

4. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 4 and, therefore, deny the same.

5. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 5 and, therefore, deny the same.

6. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 6 and, therefore, deny the same.

7. Defendants admit that Sterile Syringe Programs ("SSPs") *can* serve as a bridge to recovery and cessation of drug use inasmuch as they are closely connected to and co-located with drug rehabilitation and health care services. As it pertains to the remainder of the allegations in this paragraph, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore deny the same.

8. Defendants admit that Plaintiff began operation of its SSP in 2019 and that it has operated a clinic which offers SSP and other drug rehabilitation services from a location in Centralia, Washington. Plaintiff also operated a mobile SSP in parts of Lewis County until approximately September 2023. As it pertains to the remainder of the allegations in this paragraph, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore deny the same.

9. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

10. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

11. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 2
3:25-CV-05850 DGE

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

12. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

13. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 13 and, therefore, deny the same.

14. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 14 and, therefore, deny the same.

15. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 15 and, therefore, deny the same.

16. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

## II.  JURISDICTION AND VENUE

17. Defendants admit that jurisdiction is proper in this Court.

18. Defendants admit that venue is proper in this Court.

19. Defendants admit the allegations in this paragraph.

## III.  PARTIES

**Plaintiff Gather Church**

20. Defendants admit that Plaintiff Gather Church ("Plaintiff") is a 501(c)(3) religious organization based in Lewis County, Washington. As it pertains to the remainder of the allegations in this paragraph, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore deny the same.

21. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

**Defendant Lewis County**

22. Defendants admit the allegations contained in paragraph 22.

**Defendant Sean Swope**

23. Defendants admit Mr. Swope is a County Commissioner, but deny he is a proper defendant here, or subject to the declaratory and injunctive relief sought in Plaintiff's

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 3
3:25-CV-05850 DGE

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

Complaint.

**Defendant Lindsey Pollock**

24. Defendants admit Ms. Pollock is a County Commissioner, but deny she is a proper defendant here, or subject to the declaratory and injunctive relief sought in Plaintiff's Complaint.

**Defendant Scott Brummer**

25. Defendants admit Mr. Brummer is a County Commissioner, but deny he is a proper defendant here, or subject to the declaratory and injunctive relief sought in Plaintiff's Complaint.

**Defendant Sheriff Robert Snaza**

26. Defendants admit Sheriff Snaza is the Lewis County Sheriff, but deny he is a proper defendant here, or subject to the declaratory and injunctive relief sought in Plaintiff's Complaint.

**Defendant Meja Handlen**

27. Defendants admit Ms. Handlen is the Director of the Lewis County Public Health & Social Services, but deny she is a proper defendant here, or subject to the declaratory and injunctive relief sought in Plaintiff's Complaint.

## IV.  FACTUAL ALLEGATIONS

**Lewis County Struggles with a Substance Use Disorder and Overdose Crisis that Threatens Public Health**

28. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 28 and, therefore, deny the same.

29. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 29 and, therefore, deny the same.

30. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 30 and, therefore, deny the same.

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 4
3:25-CV-05850 DGE

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

31. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 31 and, therefore, deny the same.

32. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 32 and, therefore, deny the same.

33. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 33 and, therefore, deny the same.

**Syringe Services Programs Use an Evidence-Based Approach that Connects People with SUD to Lifesaving Services**

34. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 34 and, therefore, deny the same.

35. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 35 and, therefore, deny the same.

36. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 36 and, therefore, deny the same.

37. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 37 and, therefore, deny the same.

38. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 38 and, therefore, deny the same.

39. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 39 and, therefore, deny the same.

40. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 40 and, therefore, deny the same.

41. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 41 and, therefore, deny the same.

42. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 42 and, therefore, deny the same.

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 5
3:25-CV-05850 DGE

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

43. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 43 and, therefore, deny the same.

44. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 44 and, therefore, deny the same.

**Gather Operates a Syringe Services Program that Connects Lewis County Residents to Health Care and Other Life Saving Services**

45. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 45 and, therefore, deny the same.

46. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 46 and, therefore, deny the same.

47. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 47 and, therefore, deny the same.

**Gather Provides Wraparound Health and Social Services for People Struggling with SUD**

48. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 48 and, therefore, deny the same.

*Medication for Addiction Treatment Program (MAT Clinic)*

49. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 49 and, therefore, deny the same.

50. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 50 and, therefore, deny the same.

51. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 51 and, therefore, deny the same.

52. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 52 and, therefore, deny the same.

53. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 53 and, therefore, deny the same.

DEFENDANTS' ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES - 6
3:25-CV-05850 DGE

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

54. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 54 and, therefore, deny the same.

*Intensive Outpatient Therapy Program*

55. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 55 and, therefore, deny the same.

56. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 56 and, therefore, deny the same.

57. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 57 and, therefore, deny the same.

*Other Wraparound Services*

58. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 58 and, therefore, deny the same.

**Gather's SSP is an Essential Gateway to the Church's Other Wraparound Services**

59. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 59 and, therefore, deny the same.

60. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

61. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

62. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 62 and, therefore, deny the same.

63. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 63 and, therefore, deny the same.

64. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore deny the same.

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 7
3:25-CV-05850 DGE

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**A Sweep of a Large Homeless Encampment Dispersed Many Patients of Gather's Mobile SSP**

65. Defendants admit that Blakeslee Junction was a homeless encampment, and was cleared by the State Department of Transportation in September 2023. Defendants are otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

66. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 66 and, therefore, deny the same.

**Lewis County Passed an Ordinance that Targets SSPs and Conflicts with Gather's SSP Grant**

67. Defendants admit that the Ordinance was passed in April 2024 and that its language speaks for itself. Defendants otherwise deny any additional implication or allegation made in this paragraph.

68. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

69. The Ordinance speaks for itself. To the extent this paragraph requires a response, it is therefore denied as requiring a legal conclusion.

70. The Ordinance speaks for itself. To the extent this paragraph requires a response, it is therefore denied as requiring a legal conclusion.

71. The Ordinance speaks for itself. To the extent this paragraph requires a response, it is therefore denied as requiring a legal conclusion.

72. The Ordinance speaks for itself. To the extent this paragraph requires a response, it is therefore denied as requiring a legal conclusion.

73. The Ordinance speaks for itself. To the extent this paragraph requires a response, it is therefore denied as requiring a legal conclusion.

74. The Ordinance speaks for itself. To the extent this paragraph requires a response, it is therefore denied as requiring a legal conclusion.

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 8
3:25-CV-05850 DGE

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

75. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

**The Ordinance Prevents People with Disabilities from Accessing Gather's SSP and its Lifesaving Public Health Services**

76. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

77. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

78. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

79. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

80. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 81 and, therefore, deny the same.

81. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

82. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

83. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

84. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

85. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

**The Ordinance's Employment Restrictions Negatively Impact Gather's SSP**

86. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 9
3:25-CV-05850 DGE

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

**The Ordinance Substantially Burdens Gather's Religious Exercise**

87. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

88. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

89. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

90. In answer to paragraph 91 of Plaintiff's Complaint, Defendants deny the allegations therein.

## V.  CAUSES OF ACTION

### FIRST CLAIM FOR RELIEF

### VIOLATION OF TITLE II OF THE ADA, 42 U.S.C. § 12131

*(Against all Defendants)*

92. See above answers.

93. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

94. In answer to paragraph 94 of Plaintiff's Complaint, Defendants deny the allegations therein, including those that call for a legal conclusion to which no response is required.

95. In answer to paragraph 95 of Plaintiff's Complaint, Defendants deny the allegations therein, including those that call for a legal conclusion to which no response is required.

96. In answer to paragraph 96 of Plaintiff's Complaint, Defendants deny the allegations therein.

97. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 97 and, therefore, deny the same.

98. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 98 and, therefore, deny the same.

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 10
3:25-CV-05850 DGE

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

99. Defendants admit Lewis County is a public entity. The remainder of this paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

100. In answer to paragraph 100 of Plaintiff's Complaint, Defendants deny the allegations therein.

101. In answer to paragraph 101 of Plaintiff's Complaint, Defendants deny the allegations therein.

102. In answer to paragraph 102 of Plaintiff's Complaint, Defendants deny the allegations therein.

103. In answer to paragraph 103 of Plaintiff's Complaint, Defendants deny the allegations therein.

104. In answer to paragraph 104 of Plaintiff's Complaint, Defendants deny the allegations therein.

## SECOND CLAIM FOR RELIEF

## VIOLATION OF SECTION 504 OF THE REHABILITATION ACT, 29 U.S.C. § 794 *et. seq.*

*(Against all Defendants)*

105. See above answers.

106. This paragraph appears to be a quotation from a statute, and therefore does not require a response from Defendants.

107. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

108. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

109. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

110. Defendants admit the allegations contained in paragraph 110.

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 11
3:25-CV-05850 DGE

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

111. In answer to paragraph 111 of Plaintiff's Complaint, Defendants deny the allegations therein.

112. In answer to paragraph 112 of Plaintiff's Complaint, Defendants deny the allegations therein.

113. In answer to paragraph 113 of Plaintiff's Complaint, Defendants deny the allegations therein.

114. Defendants deny the allegations in paragraph 114.

## THIRD CLAIM FOR RELIEF

## VIOLATION OF WASHINGTON STATE CONSTITUTION

## ARTICLE I, SECTION 11

*(Against all Defendants)*

115. See above answers.

116. In answer to paragraph 116 of Plaintiff's Complaint, Defendants deny the allegations therein, including those that call for a legal conclusion to which no response is required.

117. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 117 and, therefore, deny the same.

118. In answer to paragraph 118 of Plaintiff's Complaint, Defendants deny the allegations therein.

119. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

120. In answer to paragraph 120 of Plaintiff's Complaint, Defendants deny the allegations therein, including those that call for a legal conclusion to which no response is required.

121. In answer to paragraph 121 of Plaintiff's Complaint, Defendants deny the allegations therein, including those that call for a legal conclusion to which no response is required.

122. In answer to paragraph 122 of Plaintiff's Complaint, Defendants deny the allegations therein, including those that call for a legal conclusion to which no response is required.
DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 12
3:25-CV-05850 DGE

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

123. In answer to paragraph 123 of Plaintiff's Complaint, Defendants deny the allegations therein, including those that call for a legal conclusion to which no response is required.

## FOURTH CLAIM FOR RELIEF

## VIOLATION OF WASHINGTON STATE CONSTITUTION

## ARTICLE XI, SECTION 11

*(Against all Defendants)*

124. See above answers.

125. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

126. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

127. This paragraph contains multiple factual and/or legal conclusions and therefore does not require a response. To the extent a response is required, this paragraph is denied.

128. Defendants deny the allegations in paragraph 128.

129. In answer to paragraph 129 of Plaintiff's Complaint, Defendants deny the allegations therein, including those that call for a legal conclusion to which no response is required.

130. In answer to paragraph 130 of Plaintiff's Complaint, Defendants deny the allegations therein, including those that call for a legal conclusion to which no response is required.

## FIFTH CLAIM FOR RELIEF

## VIOLATION OF WASHINGTON LAW AGAINST DISCRIMINATION

**Wash. Rev. Code § 49.60** *et seq.*

*(Against all Defendants)*

131. See above answers.

132. See above answers.

133. In answer to paragraph 133 of Plaintiff's Complaint, Defendants deny the allegations therein, including those that call for a legal conclusion to which no response is required.

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 13
3:25-CV-05850 DGE

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

## VI. REQUEST FOR RELIEF

134. In answer to Plaintiff's Request for Relief, paragraphs (a)-(i), Defendants deny that Plaintiff is entitled to any of the relief requested therein.

## VII. RESERVATION

135. Defendants reserve the right to amend this Answer, including the addition of affirmative defenses warranted by investigation and discovery, and to make such amendments either before or during trial, including asserting other defenses, theories or conforming the pleadings to the proof offered at the time of trial.

BY WAY OF FURTHER ANSWER and AFFIRMATIVE DEFENSE, Defendants state and allege as follows:

1. **CLAIM FILING:** That the Plaintiff has failed to file a claim as required by state law or that the claim filed is insufficient.

2. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**: That the Plaintiff has failed to exhaust administrative remedies and therefore the action will not lie.

3. **FAILURE TO STATE A CLAIM:** That the Plaintiff has failed to state a claim upon which relief may be granted.

4. **CAPACITY:** That the Plaintiff lacks capacity to sue in a representative capacity.

5. **QUALIFIED IMMUNITY:** Defendant contends that Plaintiff's claims are precluded by the doctrine of qualified immunity.

## PRAYER FOR RELIEF

WHEREFORE, Defendants LEWIS COUNTY, SEAN SWOPE, LINDSEY POLLOCK, SCOTT BRUMMER, SHERIFF ROBERT SNAZA, AND MEJA HANDLEN pray for the following relief:

1. That Plaintiff's complaint be dismissed with prejudice, and that Plaintiff take nothing by her complaint;

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 14
3:25-CV-05850 DGE

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

2. That Defendants be allowed their statutory costs and reasonable attorney fees incurred herein; and

3. For such additional relief the Court may deem just and equitable.

## JURY TRIAL DEMANDED

The Defendants respectfully demand their right to a trial by jury in this matter.

DATED this 23rd day of December, 2025.

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Jeremy W. Culumber*
    Jeremy W. Culumber, WSBA #35423
    Adam P. Zenger, WSBA #61072
*Attorneys for Defendants*

1201 Third Avenue, Suite 1580
Seattle, WA  98101
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jculumber@kbmlawyers.com
           azenger@kbmlawyers.com

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 15
3:25-CV-05850 DGE

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

La Rond Baker, WSBA #43620
Tara Urs, WSBA #48335
ACLU FOUNDATION OF WASHINGTON
P.O. Box 2728
Seattle, WA 98111
Phone: 206.624.2184
Email: baker@aclu-wa.org
turs@aclu.org

☒ E-mail     ☐ United States Mail     ☐ Legal Messenger

**Attorneys for Plaintiff**

Zoe Brennan-Krohn
Malhar Shah
AMERICAN CIVIL LIBERTIES UNION
425 California St., 7th Floor
San Francisco, CA 94104
(Pro Hac Vice application forthcoming)
Email: zbrennan-krohn@aclu.org
mshah@aclu.org

☒ E-mail     ☐ United States Mail     ☐ Legal Messenger

**Attorneys for Plaintiff**

Joseph Longley
AMERICAN CIVIL LIBERTIES UNION
915 15th St. NW, Seventh Floor
Washington, D.C. 20001
(Pro Hack Vice Application forthcoming)
Email: jlongley@aclu.org

☒ E-mail     ☐ United States Mail     ☐ Legal Messenger
DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 16
3:25-CV-05850 DGE

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

**Attorneys for Plaintiff**

David Howard Sinkman
Amelia Caramadre
Sarah Grady
KAPLAN & GRADY LLC
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
Email:  sinkman@kaplangrady.com
amelia@kaplangrady.com
sarah@kaplangrady.com

☒ E-mail    ☐ United States Mail    ☐ Legal Messenger

**Attorneys for Defendants**

David E. Bailey, WSBA #26070
CHIEF CIVIL DEPUTY PROSECUTING ATTORNEY
345 West Main St., 2nd Floor
Chehalis, WA 98532
T: 360.740.3391
Email:  david.bailey@lewiscountywa.gov

☒ E-mail    ☐ United States Mail    ☐ Legal Messenger

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

DATED:  December 23, 2025

*/s/ Jeremy W. Culumber*
Jeremy W. Culumber, WSBA #35423
Email: jculumber@kbmlawyers.com

DEFENDANTS' ANSWER TO COMPLAINT AND
AFFIRMATIVE DEFENSES - 17
3:25-CV-05850 DGE

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423