The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

GATHER CHURCH,

          *Plaintiff*,

    v.

LEWIS COUNTY, SEAN SWOPE in his official capacity as Lewis County Commissioner, LINDSEY POLLOCK in her official capacity as Lewis County Commissioner, SCOTT BRUMMER in his official capacity as LEWIS COUNTY COMMISSIONER, SHERIFF ROBERT SNAZA in his official capacity as Lewis County Sheriff, and MEJA HANDLEN, in her official capacity as Director of the Lewis County Public Health & Social Services.

          *Defendants*.

Case No. 3:25-cv-05850-DGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

STIPULATION AND ORDER -1
OF DISMISSAL WITH PREJUDICE
Case No. 3:25-cv-05850-DGE

American Civil Liberties Union
425 California St., 7th Floor, San Francisco, CA 94104
212-549-2500

## I.    STIPULATION

The parties to this lawsuit, by and through their undersigned counsel of record, do hereby stipulate and agree that all claims asserted by and between them in this action shall be dismissed with prejudice to any party and without notice of presentation of the Order.

DATED this 17th day of March 2026.


By: /s/ Tara Urs
Tara Urs (Bar No. 48335)
turs@aclu-wa.org
La Rond Baker (Bar No. 43610)
LBaker@aclu-wa.org
ACLU Foundation of Washington
P.O. Box 2728
Seattle, WA 98111


/s/ Joseph Longley
Joseph Longley*
jlongley@aclu.org
AMERICAN CIVIL LIBERTIES UNION
915 15th St NW, Seventh Floor
Washington, D.C., 20001

/s/ Malhar Shah
Malhar Shah*
mshah@aclu.org
Zoe Brennan-Krohn*
zbrennan-krohn@aclu.org
AMERICAN CIVIL LIBERTIES UNION
425 California St., 7th Floor
San Francisco, CA 94104

/s/ David Howard Sinkman
David Howard Sinkman*
sinkman@kaplangrady.com
Amelia Caramadre*
amelia@kaplangrady.com
Sarah Grady*
sarah@kaplangrady.com
Vanessa Del Valle*
vanessa@kaplangrady.com
Mattie Haag**
mattie@kaplangrady.com
KAPLAN & GRADY LLC
2071 N. Southport Ave., Ste. 205
Chicago, Illinois 60614


/s/ Jeremy Culumber
Jeremy Culumber (Bar No. 35423)
jculumber@kbmlawyers.com
KEATING, BUCKLIN & McCORMACK, INC.
1201 3rd Ave., Suite 1580
Seattle, WA 98101


* *Admitted pro hac vice*

STIPULATION AND ORDER -2
OF DISMISSAL WITH PREJUDICE
Case No. 3:25-cv-05850-DGE

American Civil Liberties Union
425 California St., 7th Floor, San Francisco, CA 94104
212-549-2500